In the Matter of the Accounting of WILLIAM W. CARMAN et al., as Executors of ARTHUR C. JAMES, Deceased. JAMES FOUNDATION OF NEW YORK, INC.; ALEXANDRA J. FAWCUS et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P.J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See *ante,* p. 918.]

CHARLES GOODMAN v. BERTHA GOODMAN et al.— Motion for leave to appeal to the Court of appeals or for reargument and a stay denied, with $10 costs and stay vacated. Present — Peck, P.J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante,* p. 287.]

JAMES STATES, Individually and as Assignee of PETER G. STATES, Deceased, v. MARY STATES.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P.J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 919.]

In the Matter of the Application of BUENAVENTURA FOREIGN TRADE CORPORATION, Appellant, to Stay Arbitration between Appellant and MONTAUK MILLS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Peck, P.J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 917.]

MARY J. FREY v. GEORGE K. WEEKS et al., Doing Business under the Name of BAKER, WEEKS & HARDEN, et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P.J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante,* p. 290.]

NETTIE M. FEINS v. SAMUEL P. COHEN.— Motion for reargument denied, with $10 costs. Present — Peck, P.J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 878.]

BOND STORES, INCORPORATED, v. MAX DEUTSCH et al. BOND STORES, INCORPORATED, v. LOUIS BUCCIERI et al. BOND STORES, INCORPORATED, v. ROBERT SELTZER et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P.J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 389.]

ARTHUR WAGNER v. PANAMA RAILROAD CO.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Peck, P.J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 886.]

In the Matter of MAY ATKIN, Respondent, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of The City of New York, Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P.J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 916.]